UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**RENATA FOREMAN**　　　　　　　　　　　　　　　　　　　　**CIVIL ACTION**

**VERSUS**　　　　　　　　　　　　　　　　　　　　　　　　**NO. 22-0467-ILRL-JVM**

**SHELLY DICK, ET AL.**

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation[1], hereby approves the Report and Recommendation of the United States Magistrate Judge, RD #28, and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against Judge Shelly Dick are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff's claims against Special Agents Michael Greer and Josh Wilburn are **DISMISSED WITH PREJUDICE to their being asserted again until the Heck conditions are met**.

**IT IS FURTHER ORDERED** that plaintiff's claims against Mark Upton, Dustin Talbot, and Rachel Conner are **DISMISSED WITH PREJUDICE**.

---

[1] While not labelled as objections, plaintiff filed the following three matters after the Report and Recommendation of the United States Magistrate Judge was filed into the record: RD#30 – Plaintiff's Proposed Class Action Settlement, RD #31 – Plaintiff's Exhibits to RD #30, and RD #32 – Plaintiff's Notice of Inquiry of Case. There is no record evidence that any defendant agreed to plaintiff's proposed settlement; the related exhibit to plaintiff's proposal is a restatement of her previously filed claims against defendants; and the inquiry seeks reassurance that un-named documents have been filed and states an intention to send unspecified pleadings to the court. Even if the latter filings are liberally construed as objections to the Magistrate's Report and Recommendation, plaintiff failed to address any of the grounds for dismissal of this action as specified in that report. The Magistrate's report was filed on October 31, 2022 along with an incorporated warning that, except for plain error, failure to file written objections within fourteen (14) days would bar attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. RD #28, p. 11. Other than above-noted filings by plaintiff, the record shows no adequate response from plaintiff that addresses the grounds for dismissal.

1

2

**IT IS FURTHER ORDERED** that all other claims previously asserted in this matter are deemed abandoned and **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 23rd day of November 2022

_____
**SENIOR UNITED STATES DISTRICT JUDGE**